ORDERED.

Dated: April 12, 2019

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Marie Edna Pluviose,                               Chapter 7
                                                   Case No.:  6:19-bk-00297-CCJ
　　　　Debtor.
_____/

### ORDER DISMISSING CASE WITH 180 DAY INJUNCTION

This case came before the Court for hearing on April 9, 2019 on the Order to Show Cause Why Case Should Not be Dismissed With a Two Year Injunction (Doc. No. 9; the "Order").  For reasons stated in open court, it is

ORDERED:

1. This case is dismissed.

2. In accordance with 11 U.S.C. § 105(a) and § 109(g), the debtor is enjoined from filing for relief under Title 11 of the United States Code, anywhere in the United States of America, for 180 days (until September 6, 2019).

Clerk's office to serve